```
                                FILED
                                July 20, 2010
                                CLERK, US DISTRICT COURT
                                EASTERN DISTRICT OF
                                CALIFORNIA
                                        DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:10-mj-00213-KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| JOHN GROSS, III, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOHN GROSS, III</u>; Case <u>2:10-mj-00213-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    <u>X</u>   Secured Appearance Bond in the amount of <u>$75,000.00 to be secured by the equity in the defendant's Alaska property within one week.</u>

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    <u>X</u>   (Other) <u>Defendant to be released today on a $75,000 unsecured appearance bond co-signed by Michelle Whittington;Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>7/20/10</u> at <u>3:30 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge