```
                                              FILED
                                              July 20, 2010
         UNITED STATES DISTRICT COURT         CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
       FOR THE EASTERN DISTRICT OF CALIFORNIA      CALIFORNIA
                                                   DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:10-mj-00213-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| JOHN GROSS, III, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JOHN GROSS, III</u>; Case <u>2:10-mj-00213-KJN</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Secured Appearance Bond in the amount of <u>$75,000.00 to be secured by the equity in the defendant's Alaska property within one week.</u>

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) <u>Defendant to be released today on a $75,000 unsecured appearance bond co-signed by Michelle Whittington;Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on 7/20/10 at 3:30 pm.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge